# Court of Appeals
# of the State of Georgia

ATLANTA, November 12, 2019

*The Court of Appeals hereby passes the following order*

**A20D0121. DANIEL PEMBERTON v. WEN MARIAH BALES.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

19A02220



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta, November 12, 2019.*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*